

FILED
SEP 22 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
Alaska District of Anchorage
_____ Division

Tamisha Lewis-Ingle
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Nicolas Mason
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:25-cv-233-RRB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tamisha Lewis-Junge
Address: 3148 Aldren Circle
City: Anchorage  State: AK  Zip Code: 99517
County: U.S.A
Telephone Number: 907-615-0060
E-Mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Nicolas Mason
Job or Title (if known): Officer
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: U.S Air Force
Job or Title (if known): Elemendor Officer
Address: Officer
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):
[X] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Alaska State Trooper
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: Ronalee Nabong (Mason)
Job or Title (if known):
Address:
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st freedom of speech, Stalking living freely, 18 U.S.C § 3-4, 641, 1201-1202, 1038, 1519, 242. 22 U.S.C § 2702, AS 19.33.200-250, AS 11.41.200-230, AS 11.41.510

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Freedom from cruel and unusual punishments and freedom from

## Nicolas Mason - Basis of Jurisdiction (D.)

Nicolas Mason is married to Ronalee Nabong (mason) they both have harrassed and stalked me before. They did lie to the police in the past and claim they were not intentionally faking to know my family, stalking, faking to be related, asking for money and care. Nicolas mason made up a delusional lie and investagtion to the Air Force for some unknown reason claiming I attacked his wife and child. Now wants me to be close and related by annoy and harrassing with technology.

## U.S Air Force - Basis of Jurdiction (D)

U.S Air Force know's this person is delusional and not psycolgical well with technology after using it attack and frame, also stalk. They could take the technology away from person and team but it's taking a while for them.

## Alaska State Trooper - Basis of Jurisdiction (D)

As police they should not plan on delusions with person thinking they can do what it want's because has technology. they should have never joined on the harrasment for fincuical and person Benifit.

Ronalee Nabong (Mason) - Basis of jurisdiction (0)
Ronalee has came around before claiming delusions of being my sister, my mother, my baby, my step sister, and friend. She is the harrasser with her friends for no reason. She claims to be sister to be taken care of and dose not have a drop of the same blood as me. My father has told her and friends to go back to own family and lifestyle. She did wait then come around and attack for money, and belongs and to claimed rasied me and taught me certain things as a mother, never did they made up a trap and delusion as her friends and family members out of jelously, rage, and finaical and personal benifit. I reported there lies to the athordieties and they got mad and started harrashment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2011 when I was attack in west high school by ronalee nabong

B. What date and approximate time did the events giving rise to your claim(s) occur?

2015 when they made up a delusional investagation involving technology to framee me after stalking and holding hostage

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

• That nico lied to the jbr police and made up a delusional investagation to frame, stalk, and hayrassme me after getting reported with his wife
• Technology nano recordings, house footge
• I contacted police

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Yes I was held hostage and brought to strange places to be attacked by defamers I could not go to a hosital, I was being recorded (nano) for abuse as they asked for money, to be related, and to be taken care of

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$20,000,000 for helping the person with technology remain harrassing me. Attacking me to be someone? else and to be close to someone else.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/22/2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Tamisha Lewis Jorge

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____